### 4579.   HUDSON *v.* DRIVER.

RUSSELL, J.   In this case error is assigned upon the judgment of the trial court in granting a new trial to the defendant.   It is the first grant of a new trial; and since a verdict in favor of the plaintiff was not demanded by the evidence, the discretion of the trial judge will not be controlled.   The first grant of a new trial will not be disturbed unless both the law and the facts require the verdict.   Civil Code, § 6204; *Wright* v. *Garland,* 137 *Ga.* 30 (72 S. E. 399); *Zorn* v. *Upson Banking & Trust Co.,* 137 *Ga.* 464 (73 S. E. 652).            *Judgment affirmed.*

DECIDED AUGUST 12, 1913.

Action for damages; from city court of Carrollton—Judge Beall. November 25, 1912.

*Newell & Fielder,* for plaintiff.   *Leon Hood,* for defendant.